■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEROME BELL, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Floyd, J.), imposed June 10, 1982. Sentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Titone, Thompson and Rubin, JJ., concur.